HEATHER E. WILLIAMS, Bar #122664
Federal Defender
801 I Street, 3rd floor
Sacramento, California 95814-2512
heather_williams@fd.org
Telephone: (916) 498.5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case № 2:19-cr-00107-KJM |
| vs. | ) | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA LEARNED COUNSEL – POTENTIAL DEATH PENALTY PROSECUTIONS** |
| PAT BRADY (7), | ) | |
| Defendant. | ) | |

The Federal Defender – California Eastern, in its roles as a member of the CJA Panel Selection Committee and finding appointed counsel for individuals requiring legal consultation and representation, pursuant to 18 U.S.C. §§ 3005, 3006A, and 3599`, requests this Court appoint counsel for PAT BRADY and recommends appointment of **Marcia A. Morrissey, 11400 W Olympic Blvd, Ste 1500, Los Angeles, CA 90064-1543, (310) 399.3259, morrisseyma@aol.com** as CJA Learned Counsel in the law applicable to capital cases, as co-counsel to CJA appointed Panel Lawyer John R. Manning as follows:

Given the seriousness of the possible death sentence to PAT BRADY's charges, it is important for to have representation and counsel as soon as possible, even pre-indictment. In a possible death penalty case, a defendant must have two counsel. We request Ms. Morrissey's appointment here be effective *nunc pro tunc* to June 29, 2019 when Death Penalty Resource Counsel discussed her potential representation with her.

Dated: July 17, 2019

/s/ Heather E. Williams
HEATHER E. WILLIAMS
Federal Defender

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints **Marcia A. Morrissey** as learned counsel, pursuant to 18 U.S.C. §§ 3005, 3006A and 3599. Said appointment is effective *nunc pro tunc* to June 29, 2019.

Dated: July 22, 2019.

_____
UNITED STATES DISTRICT JUDGE