UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cr-107-KJM |
| Plaintiff, | |
| v. | ORDER |
| RONALD YANDELL, et al., | |
| Defendants. | |

Pending before the court is defendant Pat Brady's notice of filing of documents under seal. ECF No. 592. Therein, Mr. Brady states that an application to seal is being filed with regard to an application for a Rule 17(c) subpoena and exhibits thereto. *Id.* at 1. Mr. Brady argues that being forced to make the required showing for the 17(c) subpoena in open court would violate his constitutional rights. *Id.* at 1-2. Pursuant to Rule 141(b) and the representations made in the request to seal (and ex parte application to seal), the court directs that the documents identified in the notice – "the F.R.C.P 17(c) application and exhibits" – be sealed until further order of this court. The court also directs that the application to seal, filed ex parte with the court, also be sealed until further order of the court.

/////

/////

1

1  Counsel for Mr. Brady is directed to forthwith email PDF copies of the documents
2  approved for filing under seal, as well as the proposed subpoena for the Clerk to issue, to
3  approvedsealed@caed.uscourts.gov.
4  So Ordered.
5  DATED: September 16, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE