UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Patrick Brady, et al., | |
| Defendants. | |

The court has reviewed the United States' notice of its opposition to referral to a Magistrate Judge of defendant Patrick Brady's motion for authorization to use a laptop. *See* Mot., ECF No. 877; Min. Order, ECF No. 906; Notice of Opp'n, ECF No. 909.  Having considered the matter further, good cause appearing, the court will not refer the motion to a Magistrate Judge. The United States' substantive response is now due **November 15, 2021**.  Any replies are due **November 22, 2021**.  The court will hear oral argument on **November 29, 2021 at 9:00 a.m.**

IT IS SO ORDERED.

DATED:  November 3, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1