PHILLIP A. TALBERT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-0107-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT PAT BRADY'S REQUEST FOR RECONSIDERATION OF ORDER DENYING BILL OF PARTICULARS |
| v. | |
| PAT BRADY, et al., | |
| Defendants. | |

**STIPULATION**

1. On December 28, 2021, defendant Pat Brady filed a request for reconsideration of an order issued by the Honorable Deborah Barnes denying defendant's motion for a bill of particulars. Docket No. 969.

2. In order to provide the Court with full briefing on the issues raised by Brady's request for reconsideration, the parties respectfully submit this proposed briefing schedule. Accordingly, by this stipulation, the parties now move that:

a)   The opposition of the United States is due on January 14, 2022;

b)   The reply brief, if any, is due on January 21, 2021; and

c)   After completion of briefing, the Court will take the matter under submission.

IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated:  January 7, 2022

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated:  January 7, 2022

/s/ *John Manning, Esq.*
JOHN MANNING, Esq.
MARCIA MORRISSEY, Esq.
Attorneys for Pat Brady
Authorized to sign for defense counsel on January 7, 2022

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

a)   The opposition of the United States to the motion filed by Pat Brady in Docket No. 969, is due on January 14, 2022;

b)   Defendant's reply brief, if any, shall be filed on January 21, 2022; and

c)   After completion of briefing, the Court will take the matter under submission.

IT IS SO ORDERED.

DATED: January 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE